**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| **GOODMAN FACTORS, A DIVISON OF INDEPENDENT BANK** | **PLAINTIFF** |
| **V.** | **CAUSE NO. 3:19-CV-727-CWR-KFB** |
| **SOUTHFORK LAND & CATTLE COMPANY, INC.** | **DEFENDANT** |

**ORDER ADOPTING REPORT AND RECOMMEDATION**

Magistrate Judge F. Keith Ball has filed a Report and Recommendation in this case in which he makes three recommendations. Docket No. 30. First, he recommends granting Plaintiff's Motion to Reopen Case, Docket No. 28. Next, he recommends granting in part and denying in part Plaintiff's Motion to Enforce Settlement and Compel Defendant to Execute Settlement Agreement, Docket No. 26. Third, Judge Ball recommends entering the Consent Order of Final Judgment in this case, *id.* at 26-1. Objections to that Report and Recommendation were due November 12, 2020. The parties have not filed any objections. Consequently, pursuant to Federal Rule of Civil Procedure 72, the Court accepts and adopts the recommendations in its entirety. Accordingly,

1. Plaintiff's Motion to Reopen is granted.

2. Plaintiff's Motion to Enforce Settlement and Compel Defendant to Execute Settlement Agreement is granted in part and denied in part.

3. The Court will enter the parties' Consent Order of Final Judgment.

**SO ORDERED**, this the 16th day of November, 2020.

                                                s/ Carlton W. Reeves
                                                UNITED STATES DISTRICT JUDGE